ANNA KLARKIS, Appellant, v. JOSEPH KLARKIS, Respondent.— Motion for

permission to file and serve record on appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Papers to be served upon the present attorney for defendant. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.